FILE COPY

RE: Case No. 25-0564                          DATE: 6/30/2025
    COA #: 15-24-00036-CV               TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N
ON ENV'T QUALITY

     Today the Supreme Court of Texas granted the motion for
extension of time to file petition for review under Tex. R.
App. P. 53.7(f) in the above-referenced case.  The petition
for review is due to be filed no later than **August 6, 2025.**


                  MR. JORDAN KENNEDY MULLINS
                  MCGINNIS LOCHRIDGE, LLP
                  1111 W. 6TH STREET
                  BLDG. B, STE. 400
                  AUSTIN, TX  78701
                  * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564        DATE: 6/30/2025
COA #: 15-24-00036-CV      TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N ON ENV'T QUALITY

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 6, 2025.**

CHRISTOPHER PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564                          DATE: 6/30/2025
COA #: 15-24-00036-CV              TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N
ON ENV'T QUALITY

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 6, 2025.**

                    DISTRICT CLERK  TRAVIS COUNTY
                    TRAVIS COUNTY COURT
                    P. O. BOX 679003
                    AUSTIN, TX  78767
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564              DATE: 6/30/2025
COA #: 15-24-00036-CV        TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N ON ENV'T QUALITY

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 6, 2025.**

DEREK LEON  SEAL
MCGINNIS LOCHRIDGE, LLP
1111 W. 6TH STREET
BLDG. B, STE. 400
AUSTIN, TX  78703-5345
\* DELIVERED VIA E-MAIL \*

FILE COPY

RE: Case No. 25-0564          DATE: 6/30/2025
COA #: 15-24-00036-CV       TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N ON ENV'T QUALITY

      Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 6, 2025.**

                 MS. MARISA  PERALES
                 PERALES, ALLMON & ICE, P.C.
                 1206 SAN ANTONIO STREET
                 AUSTIN, TX  78701-1834
                 * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564                    DATE: 6/30/2025
COA #: 15-24-00036-CV          TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N ON ENV'T QUALITY

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 6, 2025.**

                    MS. ERIN  GAINES
                    EARTHJUSTICE
                    845 TEXAS AVENUE
                    HOUSTON, TX  77002
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-0564                    DATE: 6/30/2025
COA #: 15-24-00036-CV            TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N
ON ENV'T QUALITY

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 6, 2025.**

                    MS. SARA J. FERRIS
                    OFFICE OF THE ATTORNEY GENERAL
                    ENVIRONMENTAL PROTECTION DIVISION
                    PO BOX 12548, MC-066
                    AUSTIN, TX  78711
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0564                           DATE: 6/30/2025
COA #: 15-24-00036-CV                 TC#: D-1-GN-22-002153
STYLE: SAN ANTONIO BAY ESTUARINE WATERKEEPER v. TEX. COMM'N
ON ENV'T QUALITY

        Today the Supreme Court of Texas granted the motion for
extension of time to file petition for review under Tex. R.
App. P. 53.7(f) in the above-referenced case.  The petition
for review is due to be filed no later than **August 6, 2025.**


                    MS. APRIL E. LUCAS
                    MCGINNIS LOCHRIDGE, LLP
                    1111 W. 6TH STREET
                    BLDG. B, STE. 400
                    AUSTIN, TX  78703
                    * DELIVERED VIA E-MAIL *